IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BAEZ,

     Petitioner,                    No. CIV-08-1565 JAM KJM P

    vs.

D.K. SISTO,

     Respondent.                ORDER
_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the fact that he was denied parole. In the decision to deny petitioner parole, the parole hearing panel relies upon psychological evaluations concerning petitioner. One was drafted in 1999 and the other was drafted in 2003. See Pet., Ex. B at 55-56. The evaluations are not before the court and the court requires them to issue findings and recommendations concerning petitioner's habeas application. Therefore, IT IS HEREBY ORDERED that, within twenty-one days, respondent file with the

/////

/////

/////

1

1 court the 1999 and 2003 psychological evaluations referenced in the 2006 decision denying

2 petitioner parole.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

3 DATED: September 27, 2010.

_____
U.S. MAGISTRATE JUDGE

6 1
baez1565.mi