IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY BAEZ, | 2:08-cv-01565-JAM KJM (HC) |
| Petitioner, | **ORDER GRANTING REQUEST TO SEAL BAEZ'S 1999 AND 2003 PSYCHOLOGICAL EVALUATIONS** |
| v. | |
| D. K. SISTO, | |
| Respondent. | |

Respondent's request to file under seal Baez's 1999 and 2003 psychological evaluations, lodged at Attachments 1 and 2 to Respondent's request to file documents under seal, is GRANTED. The Clerk of the Court is directed to file those documents under seal.

Dated: October 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1

Order  (2:08-cv-01565-JAM KJM (HC))